UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARCOS CALCANO,                              :
                                             :
                              Plaintiff,     :        REPORT &
                                             :        RECOMMENDATION
        -against-                            :        19-cv-6416 (AMD) (SMG)
                                             :
DEAR FIELDBINDER, INC.,                      :
                                             :
                              Defendant.     :
--------------------------------------------------------------x
GOLD, STEVEN M., U.S. Magistrate Judge:

        Plaintiff, represented by counsel, commenced this action on November 13, 2019.  There

is no indication that the complaint has been served.

        On February 21, 2020, I issued an Order directing plaintiff to file a letter by February 27,

2020 indicating how he intends to proceed with his case.  Plaintiff failed to respond.  On March

4, I entered an Order directing plaintiff to comply by March 11, 2020.  Again, plaintiff failed to

respond.  On March 17, 2020, I directed plaintiff to comply by April 16, 2020, and alerted

plaintiff that failure to do so could result in a recommendation that his case be dismissed for

failure to prosecute.  Again, plaintiff failed to comply or otherwise communicate with the Court.

        For the reasons set forth above, and because it appears that plaintiff has not served

defendant within 90 days of filing his complaint, *see* Fed. R. Civ. P. 4(m), I respectfully

recommend that this action be dismissed with prejudice for failure to prosecute.

        Any objections to the recommendation contained in this Report must be filed with the

Clerk of the Court within fourteen days of the date of this Report, and in any event, no later than

May 7, 2020.  Failure to object to this Report may waive the right to appeal the District Court's

Order.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989).

_____
STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE

Brooklyn, New York
April 23, 2020

*U:\fail to pro- 19-6416.docx*

2